OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

3/18/2015

PITNEY BOWES

$ 00.26⁵

02 1R 0006557458 MAR 19 2015
MAILED FROM ZIP CODE 78701

PENA, MARK          Tr. Ct. No. 62031-D          WR-15,772-07

This is to advise that the Court has dismissed without written order the application for writ of habeas corpus. See TEX. GOV'T CODE SECTION 501.0081(b)-(c).

Abel Acosta, Clerk

DISC

MARK PENA
━━━━━━━━━ - TDC # 327311

UNDELIVERABLE

